COURT OF COMMON PLEAS OF PHILADELPHIA, Family Division, Respondent.

No. 77 EM 2010.

Supreme Court of Pennsylvania.

Sept. 14, 2010.

*ORDER*

PER CURIAM.

AND NOW, this 14th day of September, 2010, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.

MORTGAGE ELECTRONIC SYSTEMS, INC. Acting Solely as a Nominee for America's Wholesale Lender.

v.

Juli' A. D'ANCONA–MAHER and Lisa Maher.

Petition of Joseph P. Maher.

Supreme Court of Pennsylvania.

Sept. 16, 2010.

*ORDER*

PER CURIAM.

AND NOW, this 16th day of September, 2010, the Petition for Allowance of Appeal is DENIED. The Application for Leave to Appeal *In Forma Pauperis* is DENIED AS MOOT.